COURT OF APPEALS
FIFTH DISTRICT OF TEXAS
AT DALLAS

*Copy you*

*in 88-1061-CV*

STEVEN J. SHIELDS,

     APPELLANT,

v.

NO. 05-88-<u>00397</u>-CV

METORPOLITAN NATIONAL BANK -
FARMERS BRANCH,

     APPELLEE.

<u>ORDER</u>

The Court has been notified that a petition for bankruptcy has been filed in a federal bankruptcy court concerning appellant Steven J. Shields. Pursuant to 11 U.S.C. § 362, further action in this cause is automatically stayed.

Accordingly, for administrative purposes, this cause is ABATED and will be treated as a closed case. It may be reinstated on prompt motion by any party showing that the stay has been lifted and specifying what further action, if any, is required from this Court.

April 10, 1989

<u>JAMES A. BAKER</u>
JUSTICE

1